Donald J.A. KENNEDY, Petitioner,

v.

DEPARTMENT OF the AIR
FORCE, Respondent.

No. 2009–3138.

United States Court of Appeals,
Federal Circuit.

Dec. 10, 2009.

Ariel E. Solomon, Tully Rinckey, P.L.L.C., of Albany, New York, argued for petitioner. On the brief was Greg T. Rinckey.

David F. D'Alessandris, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director.

Before RADER, ARCHER, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

James BLACK, Petitioner,

v.

DEPARTMENT OF HOMELAND
SECURITY, Respondent.

No. 2009–3144.

United States Court of Appeals,
Federal Circuit.

Dec. 10, 2009.

Michael P. Baranic, Gattey and Baranic, APLC, of San Diego, California, argued for petitioner.

Elizabeth M. Hosford, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Before MICHEL, Chief Judge, GAJARSA, Circuit Judge, and KENDALL,* District Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

* The Honorable Virginia M. Kendall, District Judge, of the Northern District of Illinois, sitting by designation.